**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Christopher J. Roy, Sr.
Attorney at Law
400 C. Ansley Blvd
Alexandria LA 71302

George Carnal Gaiennie, III
Attorney at Law
201 Johnston St, Ste. 101B
Alexandria LA 71309

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on November 16, 2022

**REHEARING ACTION: November 16, 2022**

**Docket Number: 22   00134-WCA consolidated with 160-WCA**

**DEBRA S. LENOX**
**VERSUS**
**CENTRAL LOUISIANA SPOKES,**
**LLC D/B/A RENEGADE**

**Appealed from Office of Workers' Compensation - # 2 Case No. 17-01470**

**BEFORE JUDGES:**

    **Hon. Shannon J. Gremillion**
    **Hon. D. Kent Savoie**
    **Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Debra S. Lenox** has this day been

    **DENIED.**

cc: Matthew D. Crumhorn, Counsel for the Appellant